|  | AUSA: Eric Straus | Telephone: (313) 226-9648 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Matthew Kuiack | Telephone: (313) 919-3688 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

**JAMES SHAWN MELCHOR**

Case:2:20-mj-30085
Judge: Unassigned,
Filed: 02-19-2020 At 11:16 AM
USA v. JAMES SHAWN MELCHOR(CMP)(MLW)

**ORIGINAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 17, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Matthew Kuiack, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: February 19, 2020

_____
Judge's signature

City and state: Detroit, MI

Hon. Anthony P. Patti, United States Magistrate Judge
Printed name and title

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Kuiack, having been duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since July 2019. I am currently assigned to the Detroit field office, assigned to the Violent Gang Task Force (VGTF) and charged with investigating gangs and related activity. Prior to my present assignment, I was a Sheriff's Deputy with the Mitchell County Sheriff's Office, Mitchell County, Kansas.

2. This affidavit is being submitted in support of a criminal complaint alleging that JAMES SHAWN MELCHOR has violated Title 18, U.S.C. Section 922(g), "Felon in Possession of a Firearm". Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging MELCHOR with the above listed violations, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge as well as information provided to me by other law enforcement agents and witnesses.

4. On February 17, 2020, a black Ford Focus was stopped by the Michigan State Police (MSP) for a traffic violation in the city of Inkster, Michigan. When the

vehicle came to a stop, the rear-back passenger (MELCHOR) immediately ran from the vehicle. Trooper Austin Declercq, of the Michigan State Police, pursued MELCHOR. During the pursuit, MELCHOR ran into a fence and fell over it, Trooper Declercq illuminated MELCHOR with his flashlight and observed a black handgun in MELCHOR's hand. Trooper Declercq lost sight of the handgun as MELCHOR continued to run. Trooper Declercq caught up to MELCHOR and gave him verbal commands. MELCHOR complied and was arrested. A black Glock 22, Serial Number BBMB387, and magazine was located in MELCHOR's path of travel. The Glock 22 and magazine were collected by MSP as evidence.

5. A records check of the black Glock 22, Serial Number BBMB387, revealed the firearm was stolen out of Middleton, Wisconsin and was entered into LEIN by Middleton Police Department, Wisconsin.

6. MELCHOR has been previously convicted of three felonies:

- 1988: 3rd Circuit Court, Detroit for Felony Armed Robbery

- 1990: 3rd Circuit Court, Detroit for Felony Escape – Prison

- 1996: 3rd Circuit Court, Detroit for Attempted Carrying Concealed

7. On February 18, 2020, Task Force Officer (TFO) Craig MacDonald of the Federal Bureau of Investigations Detroit Violent Gang Task Force called Middleton Police Department, Middleton, Wisconsin. TFO MacDonald spoke to Detective Sergeant Darin Zimmerman of the Middleton Police Department,

Middleton, Wisconsin. Detective Sergeant Zimmerman sent Incident Detail Report MI18008732 which states a black Glock 22, Serial Number BBMB387, was stolen on October 15, 2018 at a UW Credit Union. The victim, Charles Johnson, worked for Thillens Cagistics and serviced Automated Teller Machines (ATM). Johnson was servicing the ATM at UW Credit Union when he was robbed of approximately 40,000 US Dollars and his Glock 22 pistol.

9. On February 18, 2020, Alcohol Tobacco and Firearms (ATF) Special Agent Michael Jacobs, an Interstate Nexus Expert, reviewed the history of the above noted firearm and a preliminary examination indicates that the firearm was most likely manufactured outside the state of Michigan and thus, had traveled and affected interstate commerce.

10. Based on the facts set above, I believe that probable cause exists to believe JAMES SHAWN MELCHOR knowingly possessed a firearm as a felon, in violation of Title 18, U.S.C. Section 922.

Matthew Kuiack
Special Agent, FBI

Sworn to before me and signed in my presence
this 19th day of February 2020.

Honorable Anthony P. Patti
United States Magistrate Judge